Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

**Attorneys for Plaintiff**
**Bobby S. Dutta,**

UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **BOBBY S. DUTTA,**<br><br>PLAINTIFF,<br><br>v.<br><br>**SAFESCO INSURANCE COMPANY OF AMERICA,**<br><br>DEFENDANTS. | Case No.: 06 CV 00538 DFL (PAN)<br><br>**NOTICE AND ORDER OF STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between BOBBY S. DUTTA and SAFESCO INSURANCE, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: October 30, 2006                                  Dated: _____, 2006

_____                           _____
Joshua B. Swigart, Esq.                                  Richard B. Hopkins, II Esq.
Attorney for Plaintiff                                      Attorney for Defendants

Notice and Order of Stipulation of Dismissal With Prejudice     **PAGE 1**         06 CV 00538 DFL (PAN)

Based on the above Notice of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant SAFESCO INSURANCE shall be, and herewith is dismissed with prejudice in accordance with the terms of the settlement agreement between all parties.

**IT IS SO ORDERED.**

Dated:  October 30, 2006

                                    /s/ David F. Levi
                                    HON. DAVID F. LEVI
                                    UNITED STATES DISTRICT JUDGE